[No. 32333-8-II.  Division Two.  January 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. LANCE KEVIN POLLARD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00538-0, Thomas Felnagle, J., entered October 5, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 32623-0-II.  Division Two.  January 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND C. EATON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00356-3, Toni A. Sheldon, J., entered December 9, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Van Deren, JJ.

[No. 32651-5-II.  Division Two.  January 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEROY CORDEL FRANKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00553-9, James E. Warme, J., entered December 1, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Van Deren, JJ.

[No. 32685-0-II.  Division Two.  January 24, 2006.]

*In the Matter of the Paternity of* K.C.

WINDY M. WARE, *Respondent,* v. PAUL RICHARD CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-5-00050-2, Linda C.J. Lee, J., entered December 17, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.